**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Luis BELTRAN, Defendant–
Appellant.**

**No. 02–50229.
D.C. No. CR–01–00353–SVW–1.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Jose Luis Beltran appeals his 37–month sentence imposed following his guilty plea conviction to two counts of distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Beltran's counsel has filed a brief stating that there are no arguable issues for review, and a motion to

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the briefs and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues warranting review. Accordingly, counsel's motion to withdraw is **GRTANT-ED,** and the district court's judgment is **AFFIRMED.**